Daniel C. Girard (State Bar No. 114826)
Jonathan K. Levine (State Bar No. 220289)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
Email:  dcg@girardgibbs.com
Email:  jkl@girardgibbs.com

Attorneys for Stephen Drews

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DREWS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TNP STRATEGIC RETAIL TRUST, INC., THOMPSON NATIONAL PROPERTIES, LLC, TNP STRATEGIC ADVISOR, LLC, TNP SECURITIES, LLC, ANTHONY W. THOMPSON, CHRISTOPHER S. CAMERON, JAMES R. WOLFORD, JACK R. MAURER, PHILLIP I. LEVIN, ARTHUR M. FRIEDMAN, JEFFREY S. ROGERS, ROBERT N. RUTH, and PETER K. KOMPANIEZ<br><br>　　　　　　Defendants. | CASE NO SACV13-01488 PA<br><br>　CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen
2  Drews hereby gives notice that the above-captioned action is voluntarily dismissed
3  without prejudice as against all defendants.
4
5  Dated: October 22, 2013
6
7  GIRARD GIBBS LLP
8
9  By:  /s/ Jonathan K. Levine
10  Jonathan K. Levine
11  Daniel C. Girard
12  601 California Street, 14th Floor
13  San Francisco, California 94108
   Telephone:  (415) 981-4800
14  Facsimile:  (415) 981-4846
15  Email:  dcg@girardgibbs.com
   Email:  jkl@girardgibbs.com
16
17  Counsel for Plaintiff

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE